THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PENSION BENEFIT GUARANTY )
CORPORATION, an agency of the )
United States government, )
)
        **Plaintiff**, )
)
v. )    Civil Action No.
)
COWAN ENTERPRISES, INC. )    AMD-00-CV2826
)
        **Defendant**. )
_____)

DEC 2 1 2000

## DEFAULT JUDGMENT ORDER

    The Court has reviewed the Pension Benefit Guaranty Corporation's Motion for Entry of a Default Judgment against Cowan Enterprises, Inc. ("Cowan"), and the Clerk having entered an Entry of Default with respect to Cowan, and good cause having been shown therefore, it is, by the Court,

    **ORDERED**:  That a judgment by default is entered in favor or the Pension Benefit Guaranty Corporation pursuant to Fed. R. Civ. P. 55(b)(2); and it is

    **FURTHER ORDERED**:   That the Cowan Enterprises Inc. Pension Plan and Trust (the "Plan") is terminated under 29 U.S.C. § 1342(c); and it is

    **FURTHER ORDERED**:   That October 1, 1997, is established as the termination date of the Plan under 29 U.S.C. § 1348(a)(4); and it is



**FURTHER ORDERED:** That the Pension Benefit Guaranty Corporation is appointed as statutory trustee of the Plan under 29 U.S.C. § 1342(c); and it is

**FURTHER ORDERED:** That Cowan, or any other person having possession, custody, or control of any records, assets, or other property of the Plan shall transfer, convey, and deliver all such records, assets, and property to the Pension Benefit Guaranty Corporation.

Dated: 12/21/2000

*[signature]*
**UNITED STATES DISTRICT JUDGE**